GERARD V. KASSABIAN, ESQ. (SBN 222703)
LAW OFFICES OF GERARD V. KASSABIAN
15260 Ventura Blvd., Suite 960
Sherman Oaks, California 91403
Telephone: (310) 278-8001
Facsimile: (310) 278-0808
gerard@kassabianlaw.com

JS-6

Attorney for Plaintiff
2148 STRATFORD LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| 2148 STRATFORD LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CASE NO.: CV 24-3971-JFW(MARx)<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Judge John F. Walter<br>Courtroom: 7A |
|---|---|

ORDER OF DISMISSAL

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: May 29, 2025

*[signature]*
John F. Walter
United States District Judge